IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER BRADSHAW                                                      PETITIONER
*Reg. #86265-408*

v.                                    2:23-cv-00170-JM-JJV

CHAD GARRETT,                                                              RESPONDENT
*Warden, FCI – Forrest City*

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe recommending that the case be dismissed without prejudice due to lack of prosecution.[1]  Petitioner has now paid the filing fee.  Accordingly, the Court declines to adopt the recommended disposition and refers the case back to Judge Volpe for consideration.

Dated this 27th day of September, 2023.

*signature*
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner failed to timely pay the $5.00 statutory filing fee or file an application to proceed *in forma pauperis*.