# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BRADSHAW,<br>Reg. #86265-408, | * * * | |
| Petitioner, | * | |
| v. | * | No. 2:23-cv-00170-JJV |
| | * | |
| CHAD GARRETT, Warden,<br>FCI - Forrest City | * * * | |
| Respondent. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

DATED this 15th day of December 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE